JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITRA KERMANI,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>Defendants. | Case No.  CV 16-3110-GW(GJSx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action and all claims asserted therein are dismissed with prejudice. Each party will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: June 3, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE